United States District Court
Southern District of Texas
**ENTERED**
June 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANGELITA ANTUNEZ, | § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 2:21-CV-00160 |
| POST ACUTE MEDICAL, LLC, | | |
| Defendant. | | |

## **FINAL JUDGMENT**

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (D.E. 20), the Court enters final judgment dismissing this action with prejudice.

ORDERED on June 14, 2022.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1